

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| PENNY LUND, | § |
| Plaintiff, | § § § |
| vs. | §   CIVIL ACTION NO. 2:03-1951-HFF-RSC |
| COMMISSIONER OF SOCIAL SECURITY, | § § § |
| Defendant. | § |

## ORDER

This is a motion seeking recovery of attorney's fees in a Social Security case in which this Court remanded the matter to Defendant and benefits were subsequently awarded. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting that the Court grant Plaintiff's motion. The Report is made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or may recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on March 29, 2007, but Defendant failed to file any objections to the Report. In the absence of such objections, the Court is not required to give any explanation for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Moreover, a failure to object waives appellate review. *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court adopts the Report and incorporates it herein. Therefore, it is the judgment of this Court that Plaintiff's motion for an award of attorney's fees should be, and hereby is, **GRANTED**.

**IT IS SO ORDERED**.

Signed this 11th day of October, 2007, in Spartanburg, South Carolina.

        s/ Henry F. Floyd

        HENRY F. FLOYD
        UNITED STATES DISTRICT JUDGE